UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.                            CIVIL ACTION NO. 3:08-CR-00111-CRS

JOHN ROBERT BOONE                            DEFENDANT

## ORDER

For the reasons set forth in the Memorandum Opinion entered on this date and the Court being otherwise sufficiently advised, the Court **ACCEPTS AND ADOPTS** the report and recommendation of the magistrate judge in full. ECF No. 30.

The Court **DENIES** defendant John Robert Boone's motion for a hearing pursuant to *Franks v. Delaware*. ECF No. 20.

**IT IS SO ORDERED.**

November 3, 2017

Charles R. Simpson III, Senior Judge
United States District Court